UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY CASTILLO,

                Plaintiff,

    -against-

C.O. HART, *et al.*,

               Defendants.

20-CV-6148 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued August 28, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 12, 2020
           New York, New York

                                              Louis L. Stanton
                                                 U.S.D.J.